CLOSED

# U.S. District Court
## Western District of Louisiana (Shreveport)
## CRIMINAL DOCKET FOR CASE #: 5:02-cr-50104-TS-RSP-ALL
### Internal Use Only

Case title: USA v. Bailey

Date Filed: 11/21/2002

---

Assigned to: Judge Tom Stagg
Referred to: Magistrate Judge Roy S Payne

**Defendant**

**Petronium Lavon Bailey** (1)
*TERMINATED: 02/26/2004*

represented by **Betty Lee Marak**
Federal Public Defenders Office (Shreveport)
300 Fannin St Ste 2199
Shreveport, LA 71101
318-676-3310
Fax: 318-676-3313
Email: betty_marak@fd.org
*TERMINATED: 02/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**F Scott Straub**
Stricker Law Firm
P O Box 660
Jonesboro, AR 72403-0660
870-931-7300
Fax: 933-0083
*TERMINATED: 02/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:922(g)(1) TRANSPORT
FIREARMS INTERSTATE BY
FELON - Possession of firearm by
convicted felon

**Disposition**

Defendant is hereby committed to the custody of the Bureau of Prisons for 27 months and is remanded to the custody of the U S Marshal. The Court

(1)     recommends defendant be placed at a facility at or near Atlanta, Georgia or Montgomery, AL. Upon release from imprisonment, defendant shall be on supervised release for 3 years with standard and special conditions. Defendant is to pay a special assessment of $100.00

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | | |
|---|---|---|
| United States of America | represented by | **Mary J Mudrick**<br>U S Attorneys Office (Shreveport)<br>300 Fannin St Ste 3201<br>Shreveport, LA 71101-3068<br>318-676-3600<br>Fax: 318-676-3663<br>Email: mary.mudrick@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2002 | | **Added Government Attorney Mary J Mudrick (Williams, C) (Entered: 11/22/2002) |
| 11/21/2002 | 1 | SEALED INDICTMENT as to Petronium Lavon Bailey (1) count 1 (Williams, C) (Entered: 11/22/2002) |
| 11/21/2002 | 2 | DEFENDANT INFORMATION sheet as to Petronium Lavon Bailey (Williams, C) (Entered: 11/22/2002) |

| | | | |
|---|---|---|---|
| 11/21/2002 | | 3 | MINUTES OF Grand Jury Report before Magistrate Judge Roy S Payne as to Petronium Lavon Bailey; Secret Indictment; Warrant to issue to be executed by ATF. Tape 2002-48 (3210-END) (Williams, C) (Entered: 11/22/2002) |
| 11/22/2002 | | 4 | ARREST WARRANT issued as to Petronium Lavon Bailey NOE by cw to USM (Williams, C) (Entered: 11/22/2002) |
| 01/09/2003 | | | ARREST of Petronium Lavon Bailey in Middle District of Alabama (McInnis, S) (Entered: 04/28/2003) |
| 01/10/2003 | | 5 | WAIVER of Rule 40 Hearings by Petronium Lavon Bailey signed in Middle District of Alabama, Montgomery (Williams, C) (Entered: 01/13/2003) |
| 01/10/2003 | | 5 | FINANCIAL AFFIDAVIT by Petronium Lavon Bailey signed in Middle District of Alabama, Montgomery (Williams, C) Modified on 01/13/2003 (Entered: 01/13/2003) |
| 01/10/2003 | | 5 | APPEARANCE BOND entered by Petronium Lavon Bailey in Amount $25,000.00 Unsecured, signed in Middle District of Alabama, Montgomery (Williams, C) (Entered: 01/13/2003) |
| 01/10/2003 | | 5 | ORDER Setting Conditions of Release as to Petronium Lavon Bailey signed in Middle District of Alabama, Montgomery (Williams, C) (Entered: 01/13/2003) |
| 01/13/2003 | | 5 | RULE 40 Documents as to Petronium Lavon Bailey received from Middle District of Alabama, Montgomery, with certified copy of docket sheet and copies of documents originating from that district. NOE by cw (Williams, C) (Entered: 01/13/2003) |
| 01/17/2003 | | 7 | SUMMONS(ES) issued for Petronium Lavon Bailey NOE by rsp to USM (McInnis, S) (Entered: 01/22/2003) |
| 01/22/2003 | | 6 | MINUTE ENTRY ORDER: Arraignment set for 10:00 2/3/03 for Petronium Lavon Bailey before Magistrate Judge Roy S Payne (signed by Magistrate Judge Roy S Payne) NOE by mwc (McInnis, S) (Entered: 01/22/2003) |
| 02/03/2003 | | 8 | MINUTES OF Initial Appearance in this District before Magistrate Judge Roy S Payne as to Petronium Lavon Bailey held (Defendant informed of rights.) Bond continued. Mr Straub will enroll as retained counsel; the appointment of Gordon Blackman is terminated as of this date. Court Reporter FTR Gold Digital Audio. NOE by mwc (Williams, C) (Entered: 02/04/2003) |
| 02/03/2003 | | | Indictment unsealed as to Petronium Lavon Bailey (Williams, C) (Entered: 02/04/2003) |
| 02/03/2003 | | | **Remove sealed flag - case no longer sealed as to any party. (Williams, C) (Entered: 02/04/2003) |

| | | |
|---|---|---|
| 02/03/2003 | | **JS2 Opening Card for Petronium Lavon Bailey (Williams, C) (Entered: 02/04/2003) |
| 02/03/2003 | 8 | MINUTES OF Arraignment before Magistrate Judge Roy S Payne as to Petronium Lavon Bailey (1) count(s) 1 held. Court Reporter FTR Gold Digital Audio. NOE by mwc (Williams, C) (Entered: 02/04/2003) |
| 02/03/2003 | | PLEA entered by Petronium Lavon Bailey . Court accepts plea. Not Guilty: Petronium Lavon Bailey (1) count(s) 1 ; Motion filing deadline is 2/25/03 for Petronium Lavon Bailey including any motions under 18 USC Sec 3161(h) for delay of trial ; Status Conference set for 2:00 2/26/03 for Petronium Lavon Bailey before Magistrate Judge Roy S Payne (Williams, C) (Entered: 02/04/2003) |
| 02/03/2003 | | **Added for Petronium Lavon Bailey Attorney F Scott Straub (Williams, C) (Entered: 02/04/2003) |
| 02/05/2003 | 9 | SUMMONS Returned Executed as to Petronium Lavon Bailey (Williams, C) (Entered: 02/06/2003) |
| 02/24/2003 | 10 | MOTION by Petronium Lavon Bailey for Discovery Pursuant to Rule 16 of the Federal Rules of Criminal Procedure (Williams, C) (Entered: 02/24/2003) |
| 02/24/2003 | 11 | MOTION by Petronium Lavon Bailey Requesting Notice Pursuant to Rule 12(D)(2) of Federal Rules of Criminal Procedure ; Motion referred to Magistrate Judge Roy S Payne (Williams, C) (Entered: 02/24/2003) |
| 02/25/2003 | 12 | ORDER that the [11-1] Motion Requesting Notice Pursuant to Rule 12(D)(2) of Federal Rules of Criminal Procedure as to Petronium Lavon Bailey (1) be filed (by Magistrate Judge Roy S Payne) NOE by dm (Williams, C) (Entered: 02/26/2003) |
| 02/28/2003 | 13 | MINUTE ENTRY: Motion filing deadline reset for 3/3/03 for Petronium Lavon Bailey ; Status conference reset for 10:30 3/6/03 before Magistrate Judge Roy S Payne (signed by Magistrate Judge Roy S Payne) NOE by cw (Williams, C) (Entered: 02/28/2003) |
| 03/05/2003 | 14 | MOTION by Petronium Lavon Bailey to extend time within which to file defense' motion to suppress , and to continue and refix status conference ; Motion referred to Magistrate Judge Roy S Payne (Williams, C) (Entered: 03/05/2003) |
| 03/07/2003 | 15 | ORDER granting [14-1] motion to extend time within which to file defense motion to suppress as to Petronium Lavon Bailey (1), granting [14-2] motion to continue and refix status conference as to Petronium Lavon Bailey (1); Motion filing deadline is extended to 3/28/03; Status conference reset for 2:30 3/31/03 before Magistrate Judge Roy S Payne (Signed by Magistrate Judge Roy S Payne) NOE by cw (Williams, C) (Entered: 03/07/2003) |

| | | |
|---|---|---|
| 03/31/2003 | 16 | Status conference before Magistrate Judge Roy S Payne as to Petronium Lavon Bailey held (McInnis, S) (Entered: 03/31/2003) |
| 03/31/2003 | 16 | MINUTE ENTRY ORDER: Motion filing deadline reset for 4/7/03 . Status conference reset for 2:00 4/9/03 before Magistrate Judge Roy S Payne (signed by Magistrate Judge Roy S Payne) NOE by sem (McInnis, S) (Entered: 03/31/2003) |
| 04/07/2003 | 17 | MOTION with Memorandum in Support by Petronium Lavon Bailey to suppress ; Motion referred to Magistrate Judge Roy S Payne (McInnis, S) (Entered: 04/08/2003) |
| 04/09/2003 | 19 | ORDER granting [18-1] petition for action on conditions of pretrial release as to Petronium Lavon Bailey (1). Ordered that a warrant be issued for defendant to appear to show cause why his pretrial release supervision should not be revoked (Signed by Magistrate Judge Roy S Payne) NOE by mwc/sem (McInnis, S) Modified on 04/10/2003 (Entered: 04/10/2003) |
| 04/09/2003 | 20 | ARREST WARRANT issued as to Petronium Lavon Bailey NOE by rsp/mwc to USM (McInnis, S) (Entered: 04/10/2003) |
| 04/10/2003 | 18 | PETITION FOR ACTION ON CODITIONS OF PRETRIAL RELEASE by U S Probation as to Petronium Lavon Bailey referred to Magistrate Judge Roy S Payne (McInnis, S) (Entered: 04/10/2003) |
| 04/10/2003 | 21 | SCHEDULING ORDER as to Petronium Lavon Bailey setting Pretrial Conference for 9:30 7/11/03; Jury Trial set for 9:30 8/4/03; List of foreseeable issues due 5:00 7/7/03; All counsel requested to furnish the court with suggested voir dire questions and a set of requested jury instructions, both due by 5:00 7/7/03; Plea Agreement deadline on 7/25/03; Deadlines set before Judge Tom Stagg (Signed by Magistrate Judge Roy S Payne) NOE by mj/sem (McInnis, S) Modified on 05/06/2003 (Entered: 04/11/2003) |
| 04/14/2003 | 22 | ARREST WARRANT Returned Executed as to Petronium Lavon Bailey on 1/9/03 (McInnis, S) (Entered: 04/15/2003) |
| 04/17/2003 | 23 | MINUTES of Rule 40 Removal Hearing as to Petronium Lavon Bailey held in the Middle District of Alabama; Defendant appeared with the Federal Public Defender (McInnis, S) (Entered: 04/28/2003) |
| 04/17/2003 | 23 | WAIVER of Rule 40 Hearings by Petronium Lavon Bailey signed in the Middle District of Alabama (McInnis, S) (Entered: 04/28/2003) |
| 04/18/2003 | 23 | COMMITMENT to the Western District of Louisiana as to Petronium Lavon Bailey signed in the Middle District of Alabama (McInnis, S) (Entered: 04/28/2003) |
| 04/24/2003 | 23 | RULE 40 Documents as to Petronium Lavon Bailey received from Middle District of Alabama with certified copy of docket sheet (McInnis, S) (Entered: 04/28/2003) |

| 04/29/2003 | 24 | ARREST WARRANT Returned Executed as to Petronium Lavon Bailey on 4/17/03 (McInnis, S) (Entered: 04/30/2003) |
|---|---|---|
| 06/04/2003 | 25 | MOTION by USA as to Petronium Lavon Bailey to continue evidentiary hearing on defendant's motion to suppress ; Motion referred to Magistrate Judge Roy S Payne (McInnis, S) (Entered: 06/04/2003) |
| 06/06/2003 | 26 | ORDER granting [25-1] motion to continue evidentiary hearing on defendant's motion to suppress as to Petronium Lavon Bailey (1). Motion hearing reset for 9:30 7/16/03 for [17-1] motion to suppress (Signed by Magistrate Judge Roy S Payne) NOE by sem (McInnis, S) (Entered: 06/09/2003) |
| 07/03/2003 | 27 | LIST of foreseeable issues and requested jury instructions by USA (McDonnell, D) (Entered: 07/03/2003) |
| 07/11/2003 | 28 | MOTION by Petronium Lavon Bailey to continue trial setting and for status conference ; Motion with order referred to Judge Tom Stagg (Reeves, T) (Entered: 07/14/2003) |
| 07/17/2003 | 29 | ORDER granting [28-1] motion to continue trial setting and for status conference as to Petronium Lavon Bailey (1). Motion hearing for [17-1] motion to suppress and the Jury trial before Judge Tom Stagg are continued to be reset at the status conference set for 9:00 8/4/03 before Magistrate Judge Roy S Payne (Signed by Magistrate Judge Roy S Payne) NOE by mwc (McInnis, S) (Entered: 07/17/2003) |
| 08/04/2003 | 30 | Status conference before Magistrate Judge Roy S Payne as to Petronium Lavon Bailey held (McInnis, S) (Entered: 08/07/2003) |
| 08/06/2003 | 30 | SCHEDULING ORDER as to Petronium Lavon Bailey setting Pretrial Conference for 11:30 9/19/03; Jury Trial set for 9:30 10/27/03; List of foreseeable issues due 5:00 9/12/03; All counsel requested to furnish this court with suggested voir dire questions and a set of requested jury instructions, both due by 5:00 9/12/03; Plea Agreement deadline on 10/17/03; deadlines set before Judge Tom Stagg (Signed by Magistrate Judge Roy S Payne) NOE by mj/sem (McInnis, S) (Entered: 08/07/2003) |
| 08/06/2003 | | DEADLINE UPDATED: Evidentiary hearing set for 10:30 8/27/03 for Petronium Lavon Bailey for [17-1] motion to suppress . See doc #30. (McInnis, S) (Entered: 08/07/2003) |
| 08/28/2003 | 32 | MINUTES OF Change of Plea Hearing before Judge Tom Stagg as to Petronium Lavon Bailey held. Court Reporter Marie Runyon. NOE by dm (McDonnell, D) (Entered: 08/29/2003) |
| 08/28/2003 | | **Terminated deadlines as to Petronium Lavon Bailey (McDonnell, D) (Entered: 08/29/2003) |
| 08/28/2003 | | PLEA entered by Petronium Lavon Bailey. Court accepts plea. Guilty: Petronium Lavon Bailey (1) count(s) 1 (Terminated motions - [17-1] motion to suppress as to Petronium Lavon Bailey (1), [11-1] motion |

| | | |
|---|---|---|
| . . | | Requesting Notice Pursuant to Rule 12(D)(2) of Federal Rules of Criminal Procedure as to Petronium Lavon Bailey (1), [10-1] motion for Discovery Pursuant to Rule 16 of the Federal Rules of Criminal Procedure as to Petronium Lavon Bailey (1)). Sentencing set for 2:30 1/22/04 for Petronium Lavon Bailey (McDonnell, D) (Entered: 08/29/2003) |
| 08/28/2003 | 33 | PLEA AGREEMENT Accepted as to Petronium Lavon Bailey (by Judge Tom Stagg) (McDonnell, D) (Entered: 08/29/2003) |
| 08/28/2003 | 34 | ELEMENTS OF OFFENSE as to Petronium Lavon Bailey (McDonnell, D) (Entered: 08/29/2003) |
| 08/28/2003 | 35 | AFFIDAVIT OF UNDERSTANDING of maximum penalty as to Petronium Lavon Bailey [0-0] plea Guilty: Petronium Lavon Bailey (1) count(s) 1 (McDonnell, D) (Entered: 08/29/2003) |
| 08/29/2003 | 31 | MOTION by USA as to Petronium Lavon Bailey Pursuant to USSG 3E1.1(b) ; Motion referred to Judge Tom Stagg (McInnis, S) (Entered: 08/29/2003) |
| 08/29/2003 | 36 | ORDER granting [31-1] motion Pursuant to USSG 3E1.1(b) as to Petronium Lavon Bailey (1). Ordered that the defendant is awarded a decrease in his offense level by one additional level, should that offense level be 16 or greater (Signed by Judge Tom Stagg) NOE by sem (McInnis, S) (Entered: 09/02/2003) |
| 09/02/2003 | | **Renoticed document [36-1] order (McInnis, S) (Entered: 09/02/2003) |
| 01/22/2004 | 37 | MINUTES of Sentencing as to Petronium Lavon Bailey held before Judge Tom Stagg. Defense counsel, Scott Straub, did not appear for the sentencing hearing. Judge Stagg ordered that Magistrate Judge Payne determine whether defendant is allowed Federal Public Defender services. If determined that defendant is indigent, the Magistrate is to have the Federal Public Defender appoint counsel. Sentencing to be reset next week. Court Reporter: Anita Cox NOE by: sem (McInnis, S) (Entered: 01/23/2004) |
| 01/22/2004 | | **Terminated deadlines as to Petronium Lavon Bailey (McInnis, S) (Entered: 01/23/2004) |
| 01/27/2004 | 38 | MINUTES of Further Proceedings as to Petronium Lavon Bailey held before Magistrate Judge Roy S Payne. Defendant appeared without retained counsel, who has left the state. Defendant indicated that he desired to have counsel appointed, and based on the evidence in the record, the Federal Public Defender was appointed. Sentencing before Judge Tom Stagg is continued without date, to be reset when defendant has had an opportunity to meet with appointed counsel. Defendant remanded to custody pending sentencing. Court Reporter: FTR Digital NOE by: mwc/sem (McInnis, S) (Entered: 01/28/2004) |
| 01/27/2004 | | **Added for Petronium Lavon Bailey Attorney Betty Jo Marak (McInnis, S) (Entered: 02/27/2004) |

| | | |
|---|---|---|
| 02/17/2004 | 39 | MINUTE ENTRY: Sentencing set for 3:00 2/17/04 for Petronium Lavon Bailey before Judge Tom Stagg (signed by Judge Tom Stagg) NOE by sem (McInnis, S) (Entered: 02/17/2004) |
| 02/17/2004 | 40 | MINUTES OF Sentencing before Judge Tom Stagg held as to Petronium Lavon Bailey (1) count(s) 1. Court Reporter: Barbara Simpson NOE by sem (McInnis, S) (Entered: 02/27/2004) |
| 02/26/2004 | 41 | JUDGMENT Petronium Lavon Bailey (1) count(s) 1. Defendant is hereby committed to the custody of the Bureau of Prisons for 27 months and is remanded to the custody of the U S Marshal. The Court recommends defendant be placed at a facility at or near Atlanta, Georgia or Montgomery, AL. Upon release from imprisonment, defendant shall be on supervised release for 3 years with standard and special conditions. Defendant is to pay a special assessment of $100.00 (Signed by Judge Tom Stagg) NOE by: sem; Terminated party Petronium Lavon Bailey (McInnis, S) (Entered: 02/27/2004) |
| 02/26/2004 | | **CASE CLOSED as to Petronium Lavon Bailey (all defendants) (McInnis, S) (Entered: 02/27/2004) |
| 02/27/2004 | | **Renoticed document [40-1] sentencing (McInnis, S) (Entered: 02/27/2004) |
| 06/28/2004 | 42 | JUDGMENT RETURNED Executed as to Petronium Lavon Bailey on 6/16/04 to USP Atlanta, GA. (McInnis, S) (Entered: 07/06/2004) |
| 09/29/2004 | 43 | JUDGMENT RETURNED Executed as to Petronium Lavon Bailey on 6/16/04 to USP Atlanta, GA. (McInnisSealed, Shannon) (Entered: 10/01/2004) |
| 11/28/2005 | 44 | SUPERVISED RELEASE JURISDICTION TRANSFERRED to Middle District of Alabama as to Petronium Lavon Bailey. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (crt,McInnis, S) (Entered: 12/02/2005) |





FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11, 21, 02
BY cw

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 02-50104-01 |
| VERSUS | * | JUDGE: Stagg |
| PETRONIUM LAVON BAILEY | * | MAGISTRATE: JUDGE PAYNE |

<u>INDICTMENT</u>

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

On or about June 24, 2002, in the Western District of Louisiana, the defendant, PETRONIUM LAVON BAILEY, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Smith & Wesson, Model 59, 9mm, pistol, bearing serial number A348278, in violation of Title 18, United States Code, Section 922 (g)(1). [18 U.S.C. § 922 (g)(1)]

A TRUE BILL

*Ronald Crawford*
GRAND JURY FOREPERSON

DONALD W. WASHINGTON
United States Attorney

By: *Mary J. Mudrick*
MARY J. MUDRICK, #01992
Assistant United States Attorney
300 Fannin, Suite 3201
Shreveport, Louisiana 71101
(318)676-3600

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY *Shannon McInnis*
DATE 12-2-05



AO 245B (Rev. 09/01) Sheet 1 - Judgment in a Criminal Case

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

2-26-04

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# United States District Court
## Western District of Louisiana
### Shreveport Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PETRONIUM LAVON BAILEY | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: 5:02-50104-01<br><br>Betty Marak<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s): <u>one (1) of the Indictment</u>.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
Accordingly, the court had adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §922(g)(1) | Possession of a firearm by a convicted felon | June 24, 2002 | one |

The defendant is sentenced as provided in pages 2 through <u>4</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ is/are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and US Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 8/4/1977

Defendant's USM No.: 11157-002

Defendant's Residence Address:
Bossier Parish Penal Farm
Plain Dealing, LA

Defendant's Mailing Address:
Bossier Parish Penal Farm
Plain Dealing, LA

2/17/2004
Date of Imposition of Judgment

_____
Signature of Judicial Officer

TOM STAGG, United States District Judge
Name & Title of Judicial Officer

Feb. 26, 2004
Date

COPY SENT:
DATE: 2-26-05
BY: ___
TO: USM-3
     USPO-4
     Appeals
     Financial

JUDGMENT ENTERED
February 27, 2004
BY S. McAnnis
COPY ___

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY Shannon McAnnis
DATE 12-2-05

AO 245B (Rev. 01/01) Sheet 2 - Imprisonment

CASE NUMBER:     5:02-50104-01 | Judgment - Page 2 of 4
DEFENDANT:       PETRONIUM LAVON BAILEY

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>twenty-seven (27) months</u>.
Defendant was notified of his right to appeal.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed at a facility at or near Atlanta, Georgia or Montgomery, Alabama.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 01/01) Sheet 3 - Supervised Release

CASE NUMBER: 5:02-50104-01
DEFENDANT: PETRONIUM LAVON BAILEY

Judgment - Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>three (3) years</u>.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol; and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to such controlled substance, except as prescribed by a physician.
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall participate in a substance treatment program as directed by the U.S. Probation Office, to include antabuse and drug surveillance, if indicated, and/or inpatient treatment.

AO 245 S (Rev. 1/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER: 5:02-50104-01  
DEFENDANT: PETRONIUM LAVON BAILEY

Judgment - Page 4 of 4

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ 0 | $ 0 |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
|  | TOTALS: | $ ____ | $ ____ |

[ ] If applicable, restitution amount ordered pursuant to plea agreement .......... $ ____

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.