| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 5:02CR50104-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:05CR278-F CR.MISC.NO. 958 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Petronium Lavon Bailey 26220 Veterans Memorial Parkway Camphill, Alabama 36850 | DISTRICT WESTERN DISTRICT OF LOUISIANA | DIVISION Shreveport, Louisiana |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Tom Stagg | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM March 18, 2005 — TO March 17, 2008 |

OFFENSE

Possession of a Firearm by a Convicted Felon, 18 U.S.C. 922(g)(1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF LOUISIANA**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Oct. 17, 2005_                     _[signed] Tom Stagg_
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_31 October 2005_                     _[signed]_
Effective Date                          United States District Judge