# UNITED STATES DISTRICT COURT

RECEIVED for the

## MIDDLE DISTRICT OF ALABAMA

2006 FEB -

DEBRA P. HACKETT CLK
### Petition for Warrant or Summons for Offender Under Supervision
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Offender: Petronium Lavon Bailey

Case Number: 3:05cr278-F

Name of Sentencing Judicial Officer: The Honorable Tom Stagg, U.S. District Judge (WD/LA)

Date of Original Sentence: February 17, 2004

Date of Transfer of Jurisdiction: October 31, 2005

Name of Assigned Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Original Offense: Possession of a firearm by a convicted felon

Original Sentence: 27 months custody of Bureau of Prisons to be followed by a (3) three year term of supervised release.

Type of Supervision: Supervised Release

Date Supervision Commenced: March 18, 2005

Assistant U.S. Attorney:

Defense Attorney:

## PETITIONING THE COURT

[X] To issue a warrant
[] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Viol. 1-Mandatory Condition: "The defendant shall not commit another federal, state, or local crime." | On February 2, 2006, Petronium Lavon Bailey was arrested by the City of Opelika Alabama Police Department on a misdemeanor warrant charging him with Attempting to Elude a Police Officer. The charging offense allegedly occurred on February 1, 2006. |
| Viol. 2-Mandatory Condition: "The defendant shall not commit another federal, state, or local crime." | On February 2, 2006, Petronium Lavon Bailey was arrested by the City of Opelika Alabama Police Department on a misdemeanor warrant charging him with Reckless Endangerment. The charging offense allegedly occurred on February 1, 2006. |

Viol. 3.- Mandatory Condition: "The defendant shall not commit another federal, state, or local crime."

On February 2, 2006, Petronium Lavon Bailey was arrested by the City of Opelika Alabama Police Department on a misdemeanor warrant charging him with the offense of failing his Duty to stop/remain at scene of a accident. The charging offense allegedly occurred on January 21, 2006.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
    [X ]     revoked.
    [ ]     extended for _ years, for a total term of _ years.

[ ]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 2, 2006_____

James Chappell
United States Probation Officer

Reviewed and approved: _____
Supervisory U.S. Probation Officer

THE COURT ORDERS: