**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 2:05CR278-MEF-CSC** |
| | ) | |
| **PETRONIUM LAVON BAILEY** | ) | |

## ORDER

For good cause, it is

**ORDERED** that a hearing on the petition to revoke the defendant's supervised release is set for **February 16, 2006, at 10:30 a.m.**, before Chief United States Magistrate Judge Charles S. Coody, in Courtroom 4B, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 8th day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE