**COURTROOM DEPUTY MINUTES**     **DATE:** 2/8/06
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 2:03 p.m. to 2:17 p.m.

- [✓] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE: **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**
CASE NO.: **2:05CR278-T-CSC**    DEFT. NAME: **PETRONIUM L. BAILEY**
USA: **CHRISTOPHER SYNDER**    ATTY: **CHRISTINE FREEMAN**
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;
USPTSO/USPO: **JAMES CHAPPELL**
Defendant _____ does ✓ does NOT need an interpreter; NAME _____

- ✓ Kars.   Date of Arrest **2/8/06**   or   [ ] karsr40
- ✓ kia.   Deft. First Appearance. Advised of rights/charges. ✓ Pro/Sup Rel Violator
- ✓ Finaff.   Financial Affidavit executed ✓ to be obtained by PTS; ✓ **ORAL** Motion for Appt. Of Counsel.
- ✓ koappted   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] 20appt.   Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]   Deft. Advises he will retain counsel. Has retained _____
- [ ]   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]   Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ]   **DETENTION HRG** [ ] held; [ ] set for _____; [ ] Prelim. Hrg [ ] Set for _____
- [ ] kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls.   Release order entered. [ ] Deft. advised of conditions of release.
- [ ] kbnd.   [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-   [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] ko.   Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.   Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [ ] Karr.   **ARRAIGNMENT** SET FOR: _____ [ ] **HELD**. Plea of **NOT GUILTY** entered.
-   [ ] **Trial Term** _____; [ ] **PRETRIAL CONFERENCE DATE:** _____
-   [ ] **DISCOVERY DISCLOSURES DATE:** _____
- [ ] Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.   Identity/Removal Hearing set for _____
- [ ] Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**

Hearing held on detention issue. Deft ORDERED detained pending further proceedings. Preliminary revocation hearing is set for **2/16/06 @ 10:30 a.m.**