PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for the

## MIDDLE DISTRICT OF ALABAMA

Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Petronium Lavon Bailey                                                            Case Number: 3:05cr278-F

Name of Sentencing Judicial Officer: The Honorable Tom Stagg, U.S. District Judge (WD/LA)

Date of Original Sentence: February 17, 2004

Date of Transfer of Jurisdiction: October 31, 2005

Name of Assigned Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Original Offense: Possession of a firearm by a convicted felon

Original Sentence: 27 months custody of Bureau of Prisons to be followed by a (3) three year term of supervised release.

Type of Supervision: Supervised Release                                   Date Supervision Commenced: March 18, 2005

Assistant U.S. Attorney: Christopher Snyder                                   Defense Attorney: Christine Freeman

## PETITIONING THE COURT

[] To issue a warrant
[] To issue a summons            (Defendant is in custody)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1-Mandatory Condition: "The defendant shall not commit another federal, state, or local crime." | On February 2, 2006, Petronium Lavon Bailey was arrested by the City of Opelika Alabama Police Department on a misdemeanor warrant charging him with Attempting to Elude a Police Officer. The charging offense allegedly occurred on February 1, 2006. |
| Viol. 2-Mandatory Condition: "The defendant shall not commit another federal, state, or local crime." | On February 2, 2006, Petronium Lavon Bailey was arrested by the City of Opelika Alabama Police Department on a misdemeanor warrant charging him with Reckless Endangerment. The charging offense allegedly occurred on February 1, 2006. |

PROB 12C
(7/93)

| | |
|---|---|
| Viol. 3.- Mandatory Condition: "The defendant shall not commit another federal, state, or local crime." | On February 2, 2006, Petronium Lavon Bailey was arrested by the City of Opelika Alabama Police Department on a misdemeanor warrant charging him with the offense of failing his Duty to stop/remain at scene of a accident. The charging offense allegedly occurred on January 21, 2006. |
| Viol. 4-Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance." | On February 7, 2006, Petronium Lavon Bailey submitted a urine sample that tested presumptive positive for the use of cocaine. The defendant verbally admitted to using cocaine (3) three days prior to submitting the test. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X ]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on   February 10, 2006

        /s/ James Chappell

        James Chappell
        United States Probation Officer

Reviewed and approved:   /s/ Scott Wright
        Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

        Signature of Judicial Officer

        Date