COURTROOM DEPUTY MINUTES               DATE:   February 16, 2006
MIDDLE DISTRICT OF ALABAMA
                                       DIGITAL RECORDING: 10:31 a.m. to 11:36 a.m.
☐ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT
☐ PRELIMINARY EXAMINATION
✓ PRELIMINARY REVOCATION HRG

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLS S. COODY** | DEPUTY CLERK: *WANDA STINSON* |
| CASE NO. **3:05CR278-M**EF-CSC | DEFT. NAME: **PETRONIUM I. BAILEY** |
| AUSA: **CHRISTOPHER SYNDER** | ATTY: *CHRISTINE FREEMAN* |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO  ( ) Stand In ONLY |
| USPO: **JAMES CHAPPELL** | |
| Defendant ___ does ___✓ does NOT need an interpreter: YES  NAME:_____ | |

( ) COURT PROCEEDINGS: - **PRELIMINARY REVOCATION HEARING**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| Description | Preliminary Hrg - 05cr278-F-CSC ||
| Date | 2/16/2006 | Location: Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:31:09 AM | Court | Court convenes; Parties present as noted; Discussion as to 4th violation added to petition; |
| 10:31:23 AM | Atty. Freeman | Response; We are ready to move forward |
| 10:31:31 AM | Court | Advised deft of 4th violation added to the petition; |
| 10:32:27 AM | Atty. Freeman | |
| 10:32:33 AM | Atty. Synder | Calls Officer Brian Clark, witness sworn and seated; |
| 10:32:52 AM | Atty. Freeman | Request that the rule be invoked; |
| 10:32:59 AM | Court | Witness who are to testify are excused; |
| 10:33:09 AM | Atty. Synder | Testimony begins; Discussion of incident at the Waffle House; Move to admit Govt. Exh. #1; |
| 10:42:38 AM | Court | No objections; It's admitted; |
| 10:42:43 AM | Atty. Freeman | Cross examination; |
| 10:53:43 AM | Court | Witness is excused; |
| 10:53:49 AM | Atty. Synder | Calls Detective Stanley Garrett ; witness is sworn and seated; |
| 11:06:31 AM | Atty. Freeman | Cross-examintion; |
| 11:20:15 AM | Atty. Synder | Re - direct; |
| 11:21:54 AM | Atty. Freeman | Re - cross examination; |
| 11:22:44 AM | Court | Witness is excused; |
| 11:22:51 AM | Atty. Synder | call James Chappell, USPO, witness is sworn and seated; |
| 11:25:23 AM | Atty. Freeman | Cross - examination; |
| 11:31:02 AM | Atty. Synder | Re - direct; |
| 11:31:40 AM | Atty. Freeman | Re - cross; |
| 11:32:10 AM | Court | Witness is excused; |
| 11:32:16 AM | Atty. Synder | Government rest; |
| 11:32:19 AM | Atty. Freeman | Ask that the court revist question of detention; |
| 11:32:25 AM | Court | Finds that there is proable cause that the defendant violated conditions of supervised release; |
| 11:32:32 AM | Atty. Freeman | Addresses detention issue; |
| 11:33:22 AM | Court | Response regarding defts actions on deft of the chase through the trailer park; |
| 11:33:43 AM | Atty. Freeman | Discussion as to the admitted use of cocaine; |
| 11:33:49 AM | Court | Response; |
| 11:34:09 AM | Atty. Freeman | Response regarding the court's concerns as to whether the deft will appear in court; |
| 11:34:30 AM | Court | Discussion as to how deft will act while released; |
| 11:34:36 AM | Atty. Freeman | Response - request that the court release deft; |
| 11:34:46 AM | Court | What's the government's position? |
| 11:34:50 AM | Atty. Synder | Response; |
| 11:35:20 AM | Court | What's Probation position? |
| 11:35:24 AM | James Chappell | Response; |
| 11:35:35 AM | Court | Discussion as to cocaine use; Orders that the deft be detained pending further proceedings. |
| 11:36:05 AM | Court | Court is recessed. |