IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| vs. | *   CASE NO.: 3:05CR278-MEF-CSC |
| PETRONIUM LAVON BAILEY | * |
| Defendant | * |

## WITNESS LIST:

**GOVERNMENT**                                                    **DEFENDANT**

1. Officer Brian Clark, Opelika PD              1.          N/A

2. Detective Stanley Garrett

3. Mr. James Chappell, USPO