✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE     DISTRICT OF     ALABAMA

UNITED STATES OF AMERICA
V.
PETRONIUM L. BAILEY

## GOVERNMENT'S EXHIBIT LIST

Case Number:  3:05CR278-F-CSC

| PRESIDING JUDGE | | | | | | |
|---|---|---|---|---|---|---|
| CHARLES S. COODY | | | | | | |

| GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|
| Christopher Synder | Christine Freeman |

TRIAL DATE (S)
PRELIMINARY - FEB. 16, 2006

| COURT REPORTER | COURTROOM DEPUTY |
|---|---|
| | WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 2/16/06 | 2/16/06 | 1 | Ofc. Brian Clark | NO | Incident/Offense Report |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS ARE PLACED IN A SEPARATE ENVELOPE |
| | | | | | | WITH COURT FILE |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT
### REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 3 AGENCY NAME | 4 DATE AND TIME OF THIS REPORT | 4 CASE # | 5 SPK |
|---|---|---|---|---|
| 0 4 3 0 2 0 0 | Opelika Police Department | 0 1 2 5 0 6  06 50 ☐AM ☒PM MIL | 0 6 - 1 0 0 0 5 6 4 | |

**EVENT**

| 6 VICTIM'S NAME (ORIGINAL REPORT) | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT |
|---|---|---|
| Brown Jr., Glenn | 0 1 2 1 0 6 | ☐ CONTINUATION  ☒ FOLLOW-UP |
| 9 ORIGINAL INCIDENT/OFFENSE | 10 UCR CODE | 11 STATE CODE/LOCAL ORDINANCE |
| Duty Upon Striking Unattended Vehicle | | |
| 12 NEW INCIDENT/OFFENSE | 13 UCR CODE | 14 STATE CODE/LOCAL ORDINANCE |

| 15 HAS AN ARREST BEEN MADE? | 16 DATE OF ARREST M D Y | 17 HAS WARRANT BEEN OBTAINED? | 18 DATE OF WARRANT | 19 PRIOR YEAR PREMISE | WEAPON |
|---|---|---|---|---|---|
| ☐ 1 YES  ☒ 2 NO | | YES ☐ 1  NO ☒ 2 WARRANT # | | | |

| 20 ☐ DEFENDANT ☒ SUSPECT | NAME: Bailey, Petronium Lavon | | 20 ☐ DEFENDANT ☐ SUSPECT | NAME: | | |
|---|---|---|---|---|---|---|
| 101 RACE ☒ B  W ☐ A | 102 SEX ☒ M ☐ F | 103 DOB 0 8 0 4 7 7 | 104 AGE 28 | 118 RACE ☐ B  W ☐ A | 119 SEX ☐ M ☐ F | 120 DOB | 121 AGE |

**NARRATIVE**

On 01/24/06, I, Sgt. Jennifer Tompkins compiled a photographic line-up inclusive of suspect Petronium Bailey from the SI/3000. The line-up consisted of the following black males.

1. Ashley Dewauns Frazior, 02/13/78, OPD #20267
2. Timothy James Bridges, 08/04/79, OPD #16394
3. Petronium Lavon Bailey, 08/04/77, OPD #11098
4. Demitrios Andrea Glover, 04/10/75, OPD #19808
5. Jerry Lewis Cooks, 09/30/77, OPD #14778
6. Kevin Jorod Evans, 01/08/79, OPD #17065

After completing the line-up I released it ~~to Officer Jernigan~~. Officer Jernigan subsequently met with witness Steven Chamblee at the Opelika Police Department. Chamblee positively identified Petronium Bailey as the driver who hit a car at Waffle House and then left the scene on 01/21/06. The line-up was later placed into Central Evidence.

| | 22 LOCAL USE | |
|---|---|---|
| | 23 STATE USE | |

**DOLLAR VALUE**

| 24 MOTOR VEHICLE | 25 CURRENCY NOTES | 26 JEWELRY | 27 CLOTHING/ FURS | 28 FIREARMS | 29 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S | S | S | S | S | S |
| R | R | R | R | R | R |
| D | D | D | D | D | D |
| C | C | C | C | C | C |

| 30 ELECTRONICS | 31 HOUSEHOLD | 32 CONSUMABLE | 33 LIVESTOCK | 34 MISCELLANEOUS |
|---|---|---|---|---|
| S | S | S | S | S |
| R | R | R | R | R |
| D | D | D | D | D |
| C | C | C | C | C |

| MOTOR VEHICLE RECOVERY ONLY REQUIRED FOR 24XX (ucr.com) | 35 STOLEN IN YOUR JURISDICTION? NO ☐ YES ☐ | YES ☐ | 84 RECOVERED IN YOUR JURISDICTION? NO ☐ YES ☐ | YES ☐ |
|---|---|---|---|---|

| MULTIPLE CASES CLOSED | 37 CASE # | 38 SPK | 39 CASE # | 40 SPK | 41 CASE # | 42 SPK | 43 ADDITIONAL CASE CLOSED NARRATIVE Y ☐ N |
|---|---|---|---|---|---|---|---|

**ADMIN**

| 44 CASE STATUS ☒ 1 - PENDING ☐ 2 - INACTIVE ☐ 3 - CLOSED  ENTERED ☐ Y ACIC/NCIC ☐ N DATE | 45 CASE DISPOSITION ☐ 1 - CLEARED BY ARREST (JUV) ☐ 2 - CLEARED BY ARREST (ADULT) ☐ 3 - UNFOUNDED ☐ 8 - ADMINISTRATIVELY CLEARED | ☐ 6 - EXCEPTIONAL CLEARANCE A - SUSPECT/OFFENDER DEAD B - OTHER PROSECUTION C - EXTRADITION DENIED D - LACK OF PROSECUTION E - JUVENILE, NO REFERRAL F - DEATH OF VICTIM | 46 REPORTING OFFICER Sgt. Tompkins/JD         ID # 9916 | |
|---|---|---|---|---|
| | | | 47 ASSISTING OFFICER         ID # | |
| | | | 48 SUPERVISOR APPROVAL   ID # | 49 WATCH CMDR   ID # LT. BARTON 9814 |



TYPE OR PRINT IN BLACK INK

ACJIC—32 REV. 6-9

1 - MS
------------

Full Name: FRAZIER, ASHLEY DEWAUNS
Master#: 20267 OPD
Social Security Number: 420040991
Height: 600
Weight: 200
Date of Birth: 02/13/78
NIUCRS: 0



2 - MS
------------

Full Name: BRIDGES, TIMOTHY JAMES
Master#: 16394 OPD
Social Security Number: 418271592
Height: 508
Weight: 153
Date of Birth: 08/04/79
NIUCRS: 0

3 - MS
------------

Full Name: BAILEY, PETRONIUM LAVON
Master#: 11098 OPD
Social Security Number: 417062652
Height: 601
Weight: 150
Date of Birth: 08/04/77
NIUCRS: 0

4 - MS
------------

Full Name: GLOVER, DEMITRIOS ANDREA
Master#: 19808 OPD
Social Security Number: 84582926
Height: 508
Weight: 150
Date of Birth: 04/10/75
NIUCRS: 0

5 - MS
------------

Full Name: COOKS, JERRY LEWIS
Master#: 14778 OPD
Social Security Number: 418237242
Height: 602
Weight: 215
Date of Birth: 09/30/77
NIUCRS: 0

6 - MS
------------

Full Name: EVANS, KEVIN JOROD
Master#: 17065 OPD
Social Security Number: 416276782
Height: 509
Weight: 160
Date of Birth: 01/08/79
NIUCRS: 0

Date Printed
01/24/2006

# Opelika Police Department

