# MINURES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:     2/28/06          AT:     9:05 a.m.
DATE COMPLETED:     2/28/06          AT:     9:15 a.m.

UNITED STATES OF AMERICA          §
vs.                               §          CR. NO. 3:05CR278-MEF
                                  §
PETRONIUM LAVON BAILEY            §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Chris Snyder | | Christine A. Freeman |

COURT OFFICIALS PRESENT:

Josh Clayton, Law Clerk                  James Chappell, USPO
Kelli Gregg, Courtroom Clerk             Scott Wright, USPO
Risa Entrekin, Court Reporter

COURTROOM  PROCEEDINGS:

( X )  **Supervised Release Revocation Hearing**

9:05 a.m. -     Court convenes.
                Court gives oath and swears defendant in.
                Court goes over violations in probation report with defendant.
                Defense counsel states that defendant will plea to violations 1 and 4 and
                the Government will dismiss violations 2 and 3.
                Defendant admits guilt to violations 1 and 4 of the violations report.
                Court sentences defendant and advises defendant of his right to an appeal.
                Defendant is remanded to the custody of the U.S. Marshal to begin serving
                this sentence.
                Government Moves to Dismiss Counts 2 and 3 of the petition.
                Court GRANTS Government's Motion to Dismiss Counts 2 and 3.
9:15 a.m. -     Court is in recess.