AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **PETRONIUM LAVON BAILEY** | Case Number:   3:05CR278-MEF |
| | USM Number:   11157-002 |
| | **Christine Freeman** |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  **1 and 4 of the violations report**  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The Defendant shall not commit another federal, state or local crime | February 1, 2006 |
| 4 | The Defendant shall refrain from any unlawful use of a controlled substance | February 7, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **000/00/2652**

Defendant's Date of Birth:   **00/00/1977**

**February 28, 2006**
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Defendant's Residence Address:
**Opelika, Alabama**

**MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE**
Name and Title of Judge

**28 FEBRUARY 2006**
Date

Defendant's Mailing Address:
**Opelika, Alabama**

| | |
|---|---|
| DEFENDANT: | **PETRONIUM LAVON BAILEY** |
| CASE NUMBER: | **3:05CR278-F** |

Judgment — Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**Seven (7) months.**

X   The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where drug treatment is available.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .
   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL