AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: **PETRONIUM LAVON BAILEY**
CASE NUMBER: **3:05CR278-F**

**RECEIVED**

## IMPRISONMENT

2006 JUN 12 P 2: 23

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Seven (7) months.

[X] The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where drug treatment is available.**

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

  [ ] at _____ [ ] a.m. [ ] p.m. on _____

  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2 p.m. on _____

  [ ] as notified by the United States Marshal.

  [ ] as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**JUN 1 5 2006**

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

**RETURN**

I have executed this judgment as follows:

Defendant delivered on __5/30/06__ to __USP Atlanta__
at __Atlanta, GA__ with a certified copy of this judgment.

_Gene Sawyer Jr_
UNITED STATES MARSHAL

By _C. J. Tatum_
DEPUTY UNITED STATES MARSHAL